# SETON HALL UNIVERSITY SCHOOL OF LAW
## CENTER FOR SOCIAL JUSTICE
# IMMIGRANTS' RIGHTS/INTERNATIONAL HUMAN RIGHTS CLINIC



Susan G. Roy, Esq., Managing Attorney
Detention & Deportation Defense Initiative
Susan.Roy@shu.edu
973-642-8700

June 1, 2026

BY ECF

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**So Ordered this 4th day of June 2026**

Re: Panting Avila v. Warden, et al.
Civil Action No. 3:26-cv-01481-MAS

*Nashipp*
_____
**Honorable Michael A. Shipp, U.S.D.J.**

Dear Judge Shipp:

I represent Petitioner Rosly Panting Avila in the above-referenced matter. I respectfully request a brief three-day extension of time to file Petitioner's reply to Respondents' opposition.

Good cause exists for this request. Over the past several days, undersigned counsel has been required to devote substantial time and attention to matters arising from the ongoing disruptions and extraordinary circumstances affecting detainees housed at Delaney Hall Detention Facility. Counsel represents numerous clients detained at Delaney Hall, including Petitioner, and these developments have significantly impacted counsel's ability to communicate with clients and complete pending filings.

This request is made in good faith, is limited in scope, and is not sought for purposes of delay. Petitioner respectfully requests an additional three (3) days, through June 4, 2026, to file his reply.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Susan G. Roy
Susan G. Roy, Esq. (NJ Bar 049271996)
Managing Attorney
Seton Hall University School of Law
Center for Social Justice
833 McCarter Highway
Newark, NJ 07102
(973) 642-8700